RECEIVED
DEC 02 2024
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND QUICK

Write the full name of each plaintiff.

____CV__________
(Include case number if one has been assigned)

-against-

DAGOSTINOS SUPERMARKET FRANCHISE
Russell Slick Watson

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: ______

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

[redacted] DESMOND Quick

First Name Middle Initial Last Name

______

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

______

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Elmira Correctional Facility

Current Place of Detention

P.O. Box 500

Institutional Address

Elmira New York 14902-0500

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☑ Other: Appealling Conviction

This 42 U.S.C § 1983 is not filed about incidents in prison. And did not take place in prison

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: DAGOSTINO
First Name Last Name Shield #

SUPERMARKET Franchise
Current Job Title (or other identifying information)

800 3rd Ave
Current Work Address

NewYork NY 10022
County, City State Zip Code

Defendant 2: Russell Slick Watson
First Name Last Name Shield #

DAGOSTINO Store Manager Store #815
Current Job Title (or other identifying information)

633 Columbus Avenue
Current Work Address

NewYork NY 10019
County, City State Zip Code

Defendant 3:
First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 4:
First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Dagostino's Supermarket 633 Columbus Avenue NewYork NY 10019

Date(s) of occurrence: June 18 / 2022

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On June 18 2022 at around 7:05 pm I Went to Dagistinos supermarket located at 633 Columbus Avenue in Manhattan to purchase some food and see a girlfriend for a few minutes that worked in the store. I Was approached by the store manager Russell Slick Watson Who told me that Ive been hanging around in the store and that I need to leave the store. Mr. Watson commented on me and said I came In the store dressed and look like a Nigger. I tried to keep walking away to continue to Shop but Mr Watson was relentless at harrassing and following me. At one point I tried to leave but Mr. Watson told me that I have stolen items in my book bag and that I have to let him check my bag before I leave the store and made comments to me that he was from the street and that I would get cut if he does not check my bag and I try to leave the store. Mr. Watson Came close to my face twice and tried to stop me by pushing me unprovolked. I refused to let Mr. Watson check my bag and repeatedly advise him to call the Police. I tried to leave the store by making a run at the entrance but people were in the doorway. I Went to go purchase some sushi from the deli area but Mr. watson kept following me and tried

What I thought was to grab me. I started to feel a stinging sensation and relized I was cut by Mr. Watson. I was in fear for my life so I began defending my self cutting and stabbing Mr. Watson. Once I felt I had a chance to leave without incident without being hurt by Mr. Watson I left the store this incident took place on video camera.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Constitutional Violation injuries of First Amendment Fourth Amendment, Eighth Amendment, Defamation, Failure to properly train employees resulting in injuries Cut Wound to Arm

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

2.5 million dollars

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

11/27/24
Dated

Desmond Quick
Plaintiff's Signature

Desmond Quick
First Name

Middle Initial

Quick
Last Name

Elmira Correctional facility P.O. Box 500
Prison Address

Elmira
County, City

New York
State

14902-0500
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: ______________

[redacted] Desmond Quick, 24B4632
Elmira Correctional Facility [redacted]
P.O. Box 500
Elmira, New York 14902-0500

ELMIRA
CORRECTIONAL
FACILITY

Elmira
Correctional Fa

RECEIVED
DEC 02 2[illegible]
PRO SE OFFICE

[redacted]

United States Dis
Sourthern District
500 PEARL ST
PRO SE INTA