UNITED STATES COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND QUICK,

Plaintiff

24-CV-09297 (JAV)

-v-

D'AGOSTINO'S SUPERMARKET FRANCHISE, et al.

Defendants

RECEIVED
SEP 30 2025
PRO SE OFFICE

This letter is in compliance with the ORDER of Jeannette A. Vargas, United States District Judge.

1. The nature of this action is 42 U.S.C § 1983 for violations against the Plaintiff rights under the United States Constition and Federal Law

1. 14th Amendment Due Process & Equal Protection,
2. 42 U.S.C.A § 2000a Prohibition against discrimination or sergregation in places of Public accommodation
3. Assault & Battery
4. Harrassment, Mental Anguish New York Human Rights Law
5. Aggravated wrongful Detention

6. Respondeat Superior

7. Negligent Hiring Retention

2. This Court has Jurisdiction and Venue to hear this Complaint. The violations in this Complaint arise in New York City. The violations are of the Plaintiffs United States Constitution and Federal Law.

3. There has been no discovery Request made in this Case so far.

4. There has been no Settlement discussions or alternate dispute resolution mechanisms as of yet in this case.

5. There is a video CD of the incident. That D'Agostino's posseses.

24-CV-09297(JAV)

I affirm this 24th day of September, 2025 under the penalties of perjury and sworn statements under Federal Law that the foregoing is true.

Desmond Quick

Desmond Quick 24B4632
Auburn Correctional Facility
135 State Street
P.O. Box 618
Auburn, NY 13024

AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024
NAME: Desmond Quick DIN: 24B4632

SYRACUSE NY 130
26 SEP 2025 AM 1 L
AUBURN CORRECTIONAL FACILITY

US POSTAGE IMI PITNEY BOWES
ZIP 13021 $ 000.74⁰
02 1W
0001387039 SEP. 25. 2025

USM P3 SDNY

Pro Se office
Daniel Patrick Moynihan Courthouse
500 Pearl Street Room 250
New York, New York 10007

RECEIVED
SEP 30 2025
PRO SE OFFICE

Legal Mail

10007-131699