UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                    :

DESMOND QUICK,                         :

                         :

            Plaintiff,         :            24-CV-09297 (JAV)

                         :

        -v-                 :            <u>ORDER</u>

DAGOSTINOS SUPERMARKET FRANCHISE, et al.,  :

                         :

           Defendants.     :

----------------------------------------------------------------- :
                            X

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff Desmond Quick ("Plaintiff"), who is appearing pro se and is presently incarcerated in the Auburn Correctional Facility, filed this action seeking damages relief under 42 U.S.C. § 1983.[1] By order dated December 11, 2024, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[2]

"In order to state a claim under § 1983, a plaintiff must allege that he was injured by either a state actor or a private party acting under color of state law." *Ciambriello v. Cnty. of Nassau*, 292 F.3d 307, 323 (2d Cir. 2002).  In this case, Plaintiff's claims are brought against private parties, and there is no allegation that such parties were acting under color of state law. At the initial pretrial conference held on October 21, 2025, Plaintiff indicated that he intended to file an Amended Complaint to correct the cause of action, to assert claims under 42 U.S.C. § 2000.  To date, Plaintiff has yet to file an Amended Complaint.

---

[1] Plaintiff filed his complaint while he was incarcerated in the Elmira Correctional Facility.
[2] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. See 28 U.S.C. § 1915(b)(1).

Plaintiff shall submit his Amended Complaint to the Pro Se Intake Office by no later than **February 9, 2026**. Attached to this Order is an Amended Complaint form. The Amended Complaint will replace, not supplement, Plaintiff's original Complaint in this action.

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the United States Marshals Service ("USMS") to effect service. Accordingly, once the Amended Complaint is submitted to the Court, the Court will issue an Order of Service, instructing the USMS to attempt to serve the Amended Complaint on Defendants.

SO ORDERED.

Dated: January 7, 2026
      New York, New York

                  JEANNETTE A. VARGAS
                  United States District Judge