UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND QUICK

Write the full name of each plaintiff.

1:24 CV 9297 (JAV)

(Include case number if one has been assigned)

-against-

RUSSELL SLICK WATSON,
DAGOSTINOS SUPERMARKET
FRANCHISE, DETECTIVE ISAAC
MOULTRY, DETECTIVE DIAZ

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

FIRST
AMENDED
COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



RECEIVED
MAR 16 2026
PRO SE OFFICE

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other:    Violation of federal & state Statues

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Desmond ~~[REDACTED]~~                ~~[REDACTED]~~          Quick ~~[REDACTED]~~

First Name                Middle Initial            Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

24B4632

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Auburn Correctional Facility

Current Place of Detention

P.O. Box 618

Institutional Address

Auburn                          NY                    13024

County, City                    State                Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

RUSSELL   SLICK  WATSON
First Name      Last Name               Shield #

DAGOSTINOS SUPERMARKET CO MANAGER
Current Job Title (or other identifying information)

168-63  119TH AVENUE JAMAICA NY 11434
Current Work Address  Home Address

Queens, Jamaica          NY          11434
County, City                State        Zip Code

**Defendant 2:**

DAGOSTINOS SUPERMARKET FRANCHISE INC/
First Name      Last Name               Shield #

SUPERMARKET FRANCHISE INC/
Current Job Title (or other identifying information)

800 3rd Avenue, 5th Floor
Current Work Address

NewYork          NY          10022
County, City        State        Zip Code

**Defendant 3:**

ISAAC          MOULTRY          3750
First Name      Last Name               Shield #

NEWYOAK CITY POLICE DEPARTMENT DETECTIVE
Current Job Title (or other identifying information)

24th Precinct Upper Westside Manhattan
Current Work Address

NewYork          NY          Zip Code
County, City        State

**Defendant 4:**

DIAZ
First Name      Last Name               Shield #

NEW YORK CITY POLICE DEPARTMENT DETECTIVE
Current Job Title (or other identifying information)

24th Precinct UpperWest Side Manhattan
Current Work Address

NewYork          NY          Zip Code
County, City        State

Page 3

## V.     STATEMENT OF CLAIM

Place(s) of occurrence: <u>DAGOSTINOS SUPERMARKET 633 Columbus Avenue New York County</u>

Date(s) of occurrence: <u>June 18th 2022,</u>

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On June 18th 2022 at or around 5-6:00pm. I went to Dagistinos supermarket located at 633 Columbus Avenue to see my lady friend Tyesa easterling who usualy lived at my apartment most of the time for the pass two years except to go stay at her apartment to spend time with her daughter and grandchildren. I was going to purchase some sushi from Dagostinos and buy Tyesa food for her dinnerbreak so she didn't have to leave the supermarket. I also would have said hello to the people who were my ex co worker as I was in the union but did not work at the store at that time. I had to use the restroom. So I ask the co manager Russell Slick Watson (Mr. Watson) who said to me go ahead and use the restroom. After I was finished using the restroom. Mr. Watson approched me and said that the store managers said that Ive been hanging around the store and that I need to leave the store. I told Mr. Watson that Im not doing anything illegal I have a right to shop at the store. Im not doing anything for you to disrespect me. Mr. Watson said that I come in the store dressed like a street Nigger. I tried to keep walking away to continue to shop but Mr. Watson was relentless at following me and harassing me. At one point I tried to leave the store Mr. Watson ▆▆▆▆▆▆▆ told

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

March 6 2026
_____
Dated

Desmond Quick                                   Plaintiff's Signature
_____

Desmond                          Quick
First Name         Middle Initial      Last Name

Auburn Correctional Facility   P.o. Box 618
Prison Address

Auburn                              NY              13024
County, City                       State           Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: March 6 2026

me that I have stolen items in my bookbag and that I have to let him check my bookbag before I leave the store. Mr. Watson made comments to me that he was from the streets and that I would get cut if he does not check my bag and try to leave the store. I at first thought Mr. Watson was talking about the union and not being able to work at this supermarket until Mr. Watson came into my face and touched his against my face telling me open my bookbag don't try to leave the store and pushed me. I refused to let Mr. Watson check my book and repeatedly advise him to call the police as I kept trying

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Violations

4th Amendment U.S. Constitution, New York State Constitution art 1 §12 Prohibition against discrimination or segregation in Places of Public accommodition 42 U.S.C §2000a   NY EXEC § 296 Unlawful discriminatory practices Aggravated Detention, False Imprisonment, Assault & Battery Swollen eye, Superficial Cuts, Mental Anguish  Supervisor liability, Conspiracy 42 U.S.C A § 1983, § 1985, § 1986

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

Damages Against Russell Slick Watson  Three million Dollars
Damages Against Dagostinos In Franchise Five million Dollars
Damages Against Detective Isaac Moultry  Three & A Half million Dollars
Damages Against Deatective Diaz  Three & A Half million Dollars
                                            Total FIFTHTEEN MILLION
                                            Dollars $ 15,00000

Desmond Clyuck
Plaintiffs signature

Page 5

Continued pg2

to walk away from Mr. Watson. I tried to go to the sushi bar to buy some sushi and Mr. Watson followed me and hit and grabbed my arm. This is the initial first time I must have been cut with some razor or scapel like blade through my coat into my arm. I had an adrenaline rush due to the heated argument between me and Mr. Watson. I turned around and came to the front of the aisle with Mr. Watson He then punched me in my right eye. This scene was, cut, deleted or use of artificial intelligence to not show Mr. Watsons attack on me. I thought I was hit with a blade because I then seen blade between his fingers, I blacked out and went into fight mode. I belive Mr. Watson was apart of a cult of people trying to set me up or kill me or both. I heard demons laughing saying Russell is one of our seruants and He is going to fucking kill you unless you send him to Hell for all the sins and crimes He thought he got away with. I seen the Heads and forms of Devils laughing repeating Russell is cold & Bold we want Him Bolder & colder Well put the weight on your shoulder Louder, louder I head these taunts. I reminded myself to only defend myself and stop Mr. Watson not to try to kill or hort him real bad. I slashed at Mr. Watsons face light to scare him. Mr. Watson admitted at my criminal trail that he tried to punch me and his arm hit the knife.

Continued pg 4

Claimed I do not remember they do not appear from Mr. Watsons Medical records to be major nor was I ever given Photographs of his injuries. The video recording that Was retrieved by Mr. Watson, Detective Diaz and Detective Isaac Moultry had been Cut, Altered, tampered and or use of Artificial Intelligence to delete the scene showing Mr. Watson attacking Plaintiff by hitting me directly in my eye with a Closed fist that initialy started the incident. The chain of custody has never been established through any documents and does not exist, I can not see through my Grand Jury minutes this video ever being used. This deletion from the video was Used to cover up Mr. Watsons attack on Plaintiff showing that Mr. Watson was the initial agressor of the incident,

Desmond Quick
Plaintiffs signature

# AFFIDAVIT OF SERVICE

State of New York

County of Cayuga

DESMOND QUICK

-against-

RUSSELL SLICKWATSON DAGOSTINOS SUPERMARKET FRANCHISE, DETECTIVE ISAAC MOULTRY, DETECTIVE DIAZ

1:24 cv 9297 (JAV)

Desmond Quick being duly sworn deposes and says that deponent is a person not less than 18 years of age and is a party to the above-entitled action; and that on March 6th __6th__ 2026 deponent sent a First Amendment Complaint to The United State District For The Southern District of New York 500 pearl street New York NY 10007 by placing a properly addressed envelope in the mailbox for the United states Postal Service.

Sworn To Before me
This __6__ day of March _____ 2026

_____
NOTARY PUBLIC

Desmond Quick

_____
Desmond Quick
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024

SEAN P O'HORA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01O 0029044
Qualified in Cayuga County
My Commission Expires: 9/20/28

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK  13024

NAME: Desmond Quick    DIN: 24B4632



US POSTAGE ~PITNEY BOWES

ZIP 13021  $ 001.03⁰
02 1W
0001387039 MAR 09 2026

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 16  AM 11: 34

The United States District Court
For The Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
MAR 16 2026
CLERK'S OFFICE

LEGAL MAIL

100078133O C099