UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DESMOND QUICK,

Plaintiff,

-v-

D'AGOSTINO'S SUPERMARKET FRANCHISE, et al.,

Defendants.

---

24-CV-09297 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The Court adopts the briefing schedule regarding Defendants Isaac Moultry and Christopher Diaz's (the "City defendants") forthcoming Rule 12(b)(6) motion that the City defendants proposed at the conference held on August 21, 2026**.** The City defendants' Rule 12(b)(6) motion shall be submitted by **September 11, 2026**. Plaintiff's opposition papers, if any, shall be submitted by **October 11, 2026**. The City defendants' reply, if any, shall be submitted by **October 25, 2026**.

Counsel appearing on behalf of the City defendants are FURTHER ORDERED to file—in accordance with the SDNY Local Civil Rule 1.4—notices of appearance on this case's docket.

SO ORDERED.

Dated: August 21, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge